1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br>a Pennsylvania company,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT CATRON *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-01507-MCE-KJN<br>Hon. Morrison C. England Jr.<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT AND ENTIRE ACTION**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

---

**ORDER DISMISSING THE ACTION**

In accordance with the parties' Joint Stipulation Dismissing Plaintiff's Complaint And Entire Action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, the Court hereby orders as follows:

1. Plaintiff's Complaint and the Entire Action shall be and hereby are dismissed *with prejudice*.
2. The other terms of the settlement shall remain confidential.
3. The parties are to bear their own attorneys' fees and costs.
4. The Eastern District of California Shall retain jurisdiction over LFOW and Catron arising from or related to any future dispute over the confidential settlement agreement.

IT IS SO ORDERED.

Dated: July 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE